**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 14, 2016.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10420-TMD |
| KAREN PAMELIA SHRIER | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | | CHAPTER 13 |

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

Came on to be considered by the Court in the above-captioned and numbered bankruptcy proceeding, the Motion to Dismiss filed by Deborah B. Langehennig, the Chapter 13 Trustee. The Chapter 13 Trustee represented to the Court that the prosecution of the Motion is no longer necessary since the matters at issue were resolved prior to hearing.

IT IS, THEREFORE, ORDERED that the Motion to Dismiss be, and the same hereby is, DENIED WITHOUT PREJUDICE.

### # # #

Prepared by:
Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752